McB

FILED

OCT 10 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN MCMANUS,<br><br>    Defendant. | Case No. **19MJ4460**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Sec. 1073<br>- Unlawful Flight to Avoid<br>Prosecution |

The undersigned complainant being duly sworn states:

<u>Count 1</u>

From on or about February 24, 2019, until the present, in the Southern District of California and elsewhere, the defendant SEAN MCMANUS did move and travel in interstate and foreign commerce with the intent to avoid prosecution under the laws of the State of California for crimes which are felonies under the State of California in violation of Title 18, United States Code, Section 1073.

//
//

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
IAN PENNINGTON
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, this 10th day of October, 2019.

_____
HON. LINDA LOPEZ
United States Magistrate Judge

PROBABLE CAUSE STATEMENT

1. According to a Sixty Seven (67) Count Grand Jury Indictment filed May, 17, 2019, in the County of San Diego, State of California, SEAN MCMANUS, and/or other Defendant(s), employed at Academics Arts and Action Charter Academy dba A3, Prodigy Athletes and Valiant Prep have been accused of committing several felonies. See case no. SCD266439.

2. Starting in approximately March of 2018, the San Diego District Attorney's Office executed search warrants at location(s) related to A3, Prodigy Athletes and Valiant Prep.

3. Further, Attorneys retained by A3, Prodigy Athletes, Valiant Prep and SEAN MCMANUS accepted service of additional search warrants on their client(s) behalf and produced responsive documents to the warrants.

4. According to records provided by the San Diego District Attorney's Office, for approximately two years, on or between May 12, 2017 and February 24, 2019, SEAN MCMANUS routinely took flights approximately every month back and forth from Los Angeles and New Zealand. MCMANUS has Australian citizenship.

5. Records showed on February 24, 2019, SEAN MCMANUS boarded a flight in Los Angeles bound for New Zealand. Records indicated SEAN MCMANUS had a scheduled flight to return to Los Angeles from New Zealand on March 25, 2019.

6. On February 25, 2019, the San Diego District Attorney's Office began serving Grand Jury Subpoenas to Valiant Prep and A3 employees to testify before the Grand Jury on or about April 8, 2019.

7. On or about March 25, 2019, SEAN MCMANUS failed to board the booked flight. SEAN MCMANUS has yet to return to the United States.

8. On May 22, 2019, the San Diego District Attorney's Office, sent emails to Attorneys retained by those employees who were Indicted by the Grand Jury offering to allow them to self surrender and appear in court on May 29, 2019.

9. An Attorney representing SEAN MCMANUS responded to the email request with the following response on May 28, 2019:

> Thanks for your e-mail last week. I wanted to confirm receipt of your e-mail and let you know that my firm is representing Sean McManus. We appreciate your offer to all defendants to appear on May 29th voluntarily. On behalf of Sean, we respectfully decline that offer, because of his particular circumstances. As you may know, Sean is a citizen of Australia, where he lives with his family. Please let us know if you have any questions.

10. Based on the totality of the facts as described above, law enforcement officers familiar with the case believe that SEAN MCMANUS was aware of the pending legal action against him based on his crimes. Further, law enforcement officers familiar with the case believe that the subject made a conscious decision to flee the state of California and not return to the state to the avoid apprehension for the aforementioned charges. Therefore, SEAN MCMANUS is in violation of Title 18, United States Code, Section 1073(1), Unlawful Flight to Avoid Prosecution.